**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6888**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

GLORIA A. MCCUTCHEON,

Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Cameron McGowan Currie, District Judge.  (4:97-cr-00866-CMC-4)

Submitted:  October 21, 2008      Decided:  October 27, 2008

Before MICHAEL, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gloria A. McCutcheon, Appellant Pro Se.   William E. Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria A. McCutcheon appeals from the district court's order denying her motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. McCutcheon, No. 4:97-cr-00866-CMC-4 (D.S.C. May 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED